FILED
2016 Apr-14 PM 02:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| JIE ZHU, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | ) Case No. 4:15-cv-02334-WMA-SGC |
| | ) |
| LORETTA LYNCH, et al., | ) |
| | ) |
|     Respondents. | ) |

**MEMORANDUM OPINION**

This case is before the court on Respondents' Motion to Dismiss as Moot (Doc. 9), filed April 12, 2016. In the motion, Respondents note Petitioner was removed from the United States on April 6, 2016. (Doc. 9 at 1). Because Petitioner has been removed, the court can no longer provide meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, Respondents' motion to dismiss is due to be granted and the petition is due to be dismissed.

    A separate order will be entered.

    DONE this 14th day of April, 2016.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE